*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  July 7, 2016               D-40-16

_____

In the Matter of ATTORNEYS IN
    VIOLATION OF JUDICIARY LAW
    § 468-a.

COMMITTEE ON PROFESSIONAL                    MEMORANDUM AND ORDER
    STANDARDS,                                    ON MOTION
                    Petitioner;

JUDITH J. PHILLIPS,
                    Respondent.

(Attorney Registration No. 2529691)
_____

Calendar Date:  March 21, 2016

Before:  Garry, J.P., Egan Jr., Rose, Clark and Aarons, JJ.

                    _____

        Monica A. Duffy, Committee on Professional Standards,
Albany, for petitioner.

        Judith J. Phillips, Springfield, Massachusetts, respondent
pro se.

                    _____

Per Curiam.

        Respondent, who was admitted to practice by this Court in
1993, was suspended by this Court's order dated June 15, 2000 for
failure to comply with the attorney registration requirements of
Judiciary Law § 468-a (273 AD2d 600 [2000]).

        Respondent now requests reinstatement on the ground that
she has complied with the attorney registration requirements of
Judiciary Law § 468-a and the Rules of the Chief Administrator of

the Courts (see 22 NYCRR part 118).  Petitioner does not object to respondent's application.

Respondent's application is granted and she is ordered reinstated, effective immediately.

Garry, J.P., Egan Jr., Rose, Clark and Aarons, JJ., concur.

ORDERED that respondent's application is granted; and it is further

ORDERED that respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective immediately.

ENTER:

Robert D. Mayberger
Clerk of the Court